JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TACONYA WALKER, | Case No. 2:19-cv-01993-RFB-EJY |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 30, 2019, through and including **January 13, 2020**. The request is made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 30TH day of December, 2019.

| | |
|---|---|
| CLARK HILL PLLC | *No opposition* |
| By: /s/ *Jeremy J. Thompson* | /s/ *David H. Krieger* |
| Jeremy J. Thompson | David H. Krieger, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 9086 |
| 3800 Howard Hughes Pkwy, Suite 500 | HAINES & KRIEGER, LLC |
| Las Vegas, NV 89169 | 8985 S. Eastern Ave., Suite 350 |
| Tel: (702) 862-8300 | Henderson, NV 89123 |
| Fax: (702) 862-8400 | Phone: (702) 880-5554 |
| Email: jthompson@clarkhill.com | Fax: (702) 385-5518 |
| | Email: dkrieger@hainesandkrieger.com |
| *Attorney for Defendant Equifax Information Services LLC* | |
| | Matthew I. Knepper, Esq. |
| | Nevada Bar No. 12796 |
| | Miles N. Clark |
| | Nevada Bar No. 13848 |
| | Shaina R. Plaksin |
| | Nevada Bar No. 13935 |
| | KNEPPER & CLARK LLC |
| | 5510 So. Fort Apache Rd., Suite 30 |
| | Las Vegas, NV 89148 |
| | Phone: (702) 856-7430 |
| | Fax: (702) 447-8048 |
| | Email: matthew.knepper@knepperclark.com |
| | Email: miles.clark@knepperclark.com |
| | Email: shaina.plaksin@knepperclark.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

[signature]

United States Magistrate Judge

DATED: Dec. 30, 2019

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 30th day of December, 2019, via CM/ECF, upon all counsel of record:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com


Matthew I. Knepper, Esq.
Miles N. Clark
Shaina R. Plaksin
Knepper & Clark LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
shaina.plaksin@knepperclark.com

By: /s/ Joyce Ulmer
AN EMPLOYEE OF CLARK HILL, PLLC